**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

December 16, 2025

**HT REDMOND LLC V. HK HEYCHA LIMITED ET AL**
Case # 2:25−cv−02572

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

**Improper Signature – Secondary Attorney(s)**
The secondary attorney(s) Hannah R. Lukomski indicated in your document(s) is/are not properly before this Court and has/have been removed from the docket. Please file a Notice of Appearance for attorney(s) Hannah R. Lukomski as soon as practicable by going to **Notices** and selecting **Notice of Appearance**. See Federal Rule of Civil Procedure 11 and Local Civil Rule 83.2 or Section IV(L) of the Electronic Filing Procedures.

**Civil Cover Sheet Omitted**
Pursuant to the requirements outlined in Local Civil Rule 3(a), a Civil Cover Sheet is required at the time of filing. This form should be electronically filed as soon as possible by going to **Other Documents** and selecting **Civil Cover Sheet**.

*Please call the Attorney Case Opening Helpdesk at 206−370−8787 if you have any additional questions.*

Thank you.

cc: file