UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| HT REDMOND LLC, | ) | Case No. 2:25-cv-02572-TLF |
| Plaintiff, | ) ) | |
| v. | ) ) | NOTICE OF APPEARANCE |
| HK HEYCHA LIMITED d/b/a HEYTEA; | ) | **Clerk's Action Required** |
| XIAOBIN XU; ZHICHAO LIU; JOHN | ) | |
| DOES 1-10 d/b/a HEYTEA, | ) ) | |
| Defendants. | ) | |

TO:        Clerk of the Court

AND TO:        All Parties and their Attorneys of Record

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that Hannah R. Lukomski hereby appears on behalf of Plaintiff HT Redmond LLC, in association with Philip M. Guess of K&L Gates LLP.

All further papers and proceedings in said cause, except original process, shall be served upon Philip M. Guess and Hannah R. Lukomski at the address below stated.

DATED December 17, 2025.

K&L Gates LLP

By: s/ Hannah R. Lukomski
Hannah R. Lukomski, WSBA #64550

Philip M. Guess, WSBA #26765
K&L Gates LLP
925 Fourth Avenue Suite 2900

NOTICE OF APPEARANCE - 1
No. 2:25-CV-02572

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

Seattle, WA  98104
Telephone:  (206) 623-7580
Email:  philip.guess@klgates.com
         hannah.lukomski@klgates.com

Attorneys for Plaintiff HT Redmond LLC

NOTICE OF APPEARANCE - 2
No. 2:25-CV-02572