UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HT REDMOND LLC, | ) |
| | ) Case No. 2:25-cv-02572-TLF |
| Plaintiff, | ) |
| v. | ) CORPORATE DISCLOSURE |
| | ) STATEMENT |
| HK HEYCHA LIMITED d/b/a HEYTEA; | ) |
| XIAOBIN XU; ZHICHAO LIU; JOHN | ) |
| DOES 1-10 d/b/a HEYTEA, | ) |
| | ) |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1, Plaintiff HT Redmond LLC ("HT Redmond") states that it is a limited liability company and has no parent corporation or any publicly traded company owning 10% or more of its stock. Pursuant to Local Rule 7.1(a)(1) and (b), the following individuals are owners or members of HT Redmond LLC:

- Yue ("Alison") Deng, citizen of Washington.
- Yue ("Sia") Zhang, is a permanent legal resident who is domiciled in Washington state.

DATED December 23, 2025.

K&L Gates LLP

By: s/ Philip M. Guess
Philip M. Guess, WSBA #26765
Hannah R. Lukomski, WSBA #64550
K&L Gates LLP
925 Fourth Avenue Suite 2900
Seattle, WA  98104

CORPORATE DISCLOSURE STATEMENT - 1
No. 2:25-CV-02572
1604617231.1

1
2
Telephone: (206) 623-7580
Email: philip.guess@klgates.com
hannah.lukomski@klgates.com

3  Attorneys for Plaintiff HT Redmond LLC

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29

CORPORATE DISCLOSURE STATEMENT - 2
No. 2:25-CV-02572
1604617231.1