UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HT REDMOND LLC, ) | |
| ) | Case No. 2:25-cv-02572-TLF |
| Plaintiff, ) | |
| v. ) | WAIVER OF SERVICE |
| ) | |
| HK HEYCHA LIMITED d/b/a HEYTEA; ) | |
| XIAOBIN XU; ZHICHAO LIU; JOHN ) | |
| DOES 1-10 d/b/a HEYTEA, ) | |
| ) | |
| Defendants. | |

TO:   Philip M. Guess
      K&L Gates LLP
      925 Fourth Avenue Suite 2900
      Seattle, WA  98104
      Phone: (206) 623-7580
      philip.guess@klgates.com,

I acknowledge receipt of your request for waiver of service of summons on behalf of HK Heycha Limited ("Heytea") in this action of HT Redmond v. HK Heycha Limited, et al., which is case number 2:25-cv-02572 in the United States District Court for the Western District of Washington. Heytea has also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me. The signatory below is authorized to waive service and enter agreements on behalf of Heytea.

Heytea agrees to save the expense of serving a summons and complaint in this case by not requiring service with judicial process in the manner provided by Rule 4.

Heytea will retain all defenses or objections to the lawsuit or to the jurisdiction or venue

WAIVER OF SERVICE - 1
No. 2:25-CV-02572

of the court except for the objections based on a defect in the summons or in the service of the summons.

      Heytea further agrees it will file and serve an answer or motion under Rule 12 within 21 days of January 6, 2026, the date on which waiver was signed, and understands that failure to do so may result in a default judgment against Heytea.

| | |
|---|---|
| 1/11/26 | *[signature]* |
| Date | Signature of attorney or authorized representative for HK HEYCHA LIMITED d/b/a HEYTEA |
| HK HEYCHA LIMITED d/b/a Heytea | Frank Sciremammano, attorney for HK HEYCHA LIMITED d/b/a HEYTEA |
| Printed name of party | Name of attorney or authorized representative |
| | Address: 600 New Hampshire Ave., NW, Suite 700, Washington, DC 20037 |
| | Email: frank.sciremammano@lathropgpm.com |
| | Phone: 202.295.2232 |

WAIVER OF SERVICE - 2
No. 2:25-CV-02572