IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HT REDMOND LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>HK HEYCHA LIMITED d/b/a HEYTEA, a Hong Kong limited company; XIAOBIN XU, an individual; ZHICHAO LIU, an individual; JOHN DOES 1-10, d/b/a HEYTEA,<br><br>Defendants. | Case No. 2:25-cv-02572-TLF<br><br>**NOTICE OF APPEARANCE** |

TO: THE CLERK OF THE COURT

AND TO: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Defendant HK Heycha Limited d/b/a Heytea, without waiving insufficient service of process, lack of jurisdiction, or any other defenses, hereby appear in the above-entitled action by the undersigned attorneys and request that service of all papers and pleadings herein, except original process, be made upon the undersigned, attorneys for said parties, at the offices stated below.

DATED this 15th day of January, 2026.

MILLER NASH LLP

*s/Daniel J. Oates*

NOTICE OF APPEARANCE - 1

Miller Nash LLP
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

Daniel J. Oates, WSBA No. 39334
605 5th Ave S, Ste 900
Seattle, WA 98104
Tel: 206-624-8300
Fax: 206-340-9599
*dan.oates@millernash.com*

*Attorneys for Defendant HK Heycha Limited d/b/a Heytea*

Miller Nash LLP
605 5th Ave S, Ste 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

NOTICE OF APPEARANCE - 2

81756194v1

**DECLARATION OF SERVICE**

I, Jennifer Schnarr, hereby declare under penalty of perjury under the laws of the State of Washington and the United States that I caused the foregoing NOTICE OF APPEARANCE to be filed with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered users.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

EXECUTED in Burien, Washington on this 15th day of January, 2026.

/s/Jennifer Schnarr
Jennifer Schnarr, Legal Assistant
Jennifer.Schnarr@millernash.com