IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| HT REDMOND LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>HK HEYCHA LIMITED d/b/a HEYTEA, a Hong Kong limited company; XIAOBIN XU, an individual; ZHICHAO LIU, an individual; JOHN DOES 1-10, d/b/a HEYTEA,<br><br>Defendants. | Case No. 2:25-cv-02572-TLF<br><br>**[PROPOSED] ORDER** |

This matter came before the Court on Defendant HK Heycha Limited d/b/a Heytea's Motion to Dismiss, or in the Alternative, to Compel Arbitration. Having considered the Motion, the supporting declaration and exhibit, the pleadings on file, and any argument presented, the Court hereby **ORDERS** as follows:

1. Defendant's Motion is **GRANTED**.

2. The Complaint is **DISMISSED** for lack of subject-matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1).

3. The Clerk of Court is directed to **CLOSE** this case.

[PROPOSED] ORDER - 1

Miller Nash LLP
605 5th Ave S | Suite 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

1   It is so **ORDERED**.

3   Dated this ___ day of January, 2026            By: _____
4                                                       HON. THERESA L. FRICKE
                                                        UNITED STATES MAGISTRATE JUDGE

6   Presented by:

7   */s/Danie J. Oates*
    Daniel J. Oates, WSB No. 39334
8   Attorney for Defendant HK HEYCHA
    LIMITED d/b/a HEYTEA

[PROPOSED] ORDER - 2

MILLER NASH LLP
605 5TH AVE S | SUITE 900
SEATTLE, WA 98104
206.624.8300 | FAX: 206.340.9599

81756194v1