UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HT REDMOND LLC,<br><br>                          Plaintiff(s),<br><br>         v.<br><br>HK HEYCHA LIMITED et al.,<br><br>                          Defendant(s). | CASE NO.<br>2:25−cv−02572−JCC<br><br>MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable John C. Coughenour, United States District Judge. All future documents filed in this case must bear the cause number 2:25−cv−02572−JCC and bear the Judge's name in the upper right hand corner of the document.

DATED January 16, 2026

                                        Joshua C. Lewis
                                        Clerk of Court

                                        By:  /s/ Gayle M Riekena
                                             Deputy Clerk