UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HT REDMOND LLC, ) | |
| ) | Case No. 2:25-cv-02572-JCC |
| Plaintiff, ) | |
| v. ) | WAIVER OF SERVICE |
| ) | |
| HK HEYCHA LIMITED d/b/a HEYTEA; ) | |
| HEYTEA USA, INC. d/b/a HEYTEA; ) | |
| JOHN DOES 1-10 d/b/a HEYTEA, ) | |
| ) | |
| Defendants. | |

TO:   Philip M. Guess
      K&L Gates LLP
      925 Fourth Avenue Suite 2900
      Seattle, WA  98104
      Phone: (206) 623-7580
      philip.guess@klgates.com,

I acknowledge receipt of your request for waiver of service of summons on behalf of Heytea USA, Inc. ("Heytea USA") in this action of HT Redmond v. HK Heycha Limited, et al., which is case number 2:25-cv-02572 in the United States District Court for the Western District of Washington. Heytea USA has also received a copy of the amended complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me. The signatory below is authorized to waive service and enter agreements on behalf of Heytea USA.

Heytea USA agrees to save the expense of serving a summons and complaint in this case by not requiring service with judicial process in the manner provided by Rule 4.

WAIVER OF SERVICE - 1
No. 2:25-CV-02572

Heytea USA will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for the objections based on a defect in the summons or in the service of the summons.

Heytea USA further agrees it will file and serve an answer or motion under Rule 12 within 21 days of February 9, 2026, the date on which waiver was signed, and understands that failure to do so may result in a default judgment against Heytea USA.

February 9, 2026
Date

Signature of attorney or authorized representative for HEYTEA USA, INC. d/b/a HEYTEA

HEYTEA USA, INC. d/b/a HEYTEA
Printed name of party

Frank J. Sciremammano, Esq.
Name of attorney or authorized representative
Address: 600 New Hampshire Ave. NW, #700, Washington, D.C. 20037

Email: frank.sciremammano@lathropgpm.com
Phone: 202-295-2232